# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD MACEY : CIVIL ACTION

v. :

ROBERT LAWLER : NO. 08-3297

## ORDER

AND NOW, this 27th day of July, 2010, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, it is hereby ORDERED as follows:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Petition for Writ of Habeas Corpus is DENIED.

3. There is no basis for the issuance of a certificate of appealability.

4. The Clerk shall close this case.

BY THE COURT:

s/Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 07-08\08-3297 Macey v. Lawler\Macey v. Lawler - Order P's Obj to R&R.wpd